ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS MUEHLECK
LORETTA SHEEHAN
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00184 HG |
| | ) | |
| Plaintiff, | ) | SECOND SUPERSEDING |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 841(a)(1), |
| JORGE CASAS,          (01), | ) | 843(b), 846; 18 U.S.C. § |
| aka "Jorge Cano," | ) | 2] |
| aka "George," | ) | |
| BASILIA SALAMANCA,     (03), | ) | |
| JESUS MARTIN REYES MOJARDIN,  (04), | ) | |
| RAQUEL SALAZAR SALAZAR,  (05), | ) | |
| aka "Don Alberto," | ) | |
| aka "Don Roberto," | ) | |
| KARLA KAHAU,          (09), | ) | |
| MIGUEL GAYTAN PEREZ,    (10), | ) | |
| aka "Pato," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SECOND SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

From a date unknown, but from at least on or about May

1, 1999 to on or about May 4, 2000, in the District of Hawaii and

elsewhere, the defendants JORGE CASAS, aka "Jorge Cano," aka

"George," BASILIA SALAMANCA, JESUS MARTIN REYES MOJARDIN, RAQUEL

SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto," KARLA
KAHAU, MIGUEL GAYTAN PEREZ, aka "Pato," and CARLOS REYES-CASTRO,
aka "Sergio," aka "Carlos," did conspire together with each other
and with Felipe Ruiz-Castro, Francisco Mora-Garcia, Leah
Cardenas, Sabino Albarran, aka "Pelon," Antonio Mora-Garcia, Mona
Hiiaca Huihui, Carlos Reyes Castro, Manuel Javier Rodrigues-
Martinez, aka "Javier," Francisco Servin-Soto, aka "Pancho,"
Jessica Guzman-Soto, Jose Luis Vasquez, Randall Ramelb, aka
"Randy," Martin Arreaga, aka "El Burro," aka "Manny," Cheryl
Yates, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin
Pena, Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka
"Sonny," Adrian Barahona, aka "Cuevas," aka "Covachas," Thomas
Marino, Sr., Ana Marino, Tomas Marino, Jr., Juan Hernandez, aka
"Juan Luis," aka "Piolas," Isidro LNU, aka "Michael Reyes,"
Victor Navarez, Joaquin Aguilar, aka "Negro," aka "Cacharpas,"
Brian Paschoal, Pedro Jiminez, Fernando Rios, Laurie Horswill-
Smith, aka "Mola," Pualani Horswill, aka "Pua," Wendy Bettis,
Romeo Antonio Castro-Avalos, aka "Antonio Perez," aka "Tony," aka
"Salvadoran," Ismael Rocha-Manzanarez, aka "Ivan Leyva-Mansares,"
aka "Mayelo," Fermin Rivera, Alma Rosie Rodriguez, aka "Rosie,"
Raul LNU, Hipolito LNU, aka "Poli," Alvaro LNU, aka "Guero,"
Carlos Guerrero, aka "Pepechin," Casey Smythe, aka "K.C.," Jose
Acevedo-Gasca, Gustavo Sanchez, Tracy Garcia Sanchez, Brian
Joshua Jones, aka "El Tigre," Leroy Mollena, Arturo Flores, aka
"El Bomba," Enrique Reyes, aka "Toribio," Guillermo Alvarez, aka
"Willie," Leopoldo Castro-Lopez, aka "Polo," Salvador Castillo,

aka "Chava," Holmar Hernandez, aka "Omar," Armando Montano Rodriguez, aka "Camote," aka "Teco," Robert Mahoney, Eduardo Velasco, aka "Carlos Perez-Garcia," not defendants herein, and with other persons unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, to distribute and possess with intent to distribute crystal methamphetamine - "ice," a Schedule II controlled substance, and to distribute and possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

### Ways and Means of Accomplishing the Conspiracy

1)    The Ruiz-Mora drug distribution organization consisted of a group of individuals who obtained cocaine, heroin, crystal methamphetamine - "ice," and marijuana from the West Coast of the U.S. mainland, from Mexico and from Hawaii for distribution in Hawaii, and who distributed cocaine, heroin, crystal methamphetamine - "ice," and marijuana in Hawaii.

2)    JORGE CASAS, aka "Jorge Cano," aka "George," Leah Cardenas, JESUS MARTIN REYES MOJARDIN, RAQUEL SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto," Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Fermin Pena and Fermin Rivera supplied cocaine to the co-conspirators named in this Indictment.

3

3)    JORGE CASAS, aka "Jorge Cano," aka "George," Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, and Leopoldo Castro-Lopez, aka "Polo," supplied crystal methamphetamine - "ice" to the co-conspirators named in the indictment.

a)    Brian Paschoal supplied marijuana to co-conspirators named in the indictment.

4)    Various co-conspirators, acting as drug couriers, traveled between Hawaii and the West Coast of the United States and Mexico (a) to obtain and deliver cocaine supplied by JORGE CASAS, aka "Jorge Cano," aka "George," Leah Cardenas, JESUS MARTIN REYES MOJARDIN, RAQUEL SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto," Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, Fermin Rivera, and others to the Ruiz-Mora drug distribution organization, and (b) to deliver United States currency to JORGE CASAS, aka "Jorge Cano," aka "George," Leah Cardenas, JESUS MARTIN REYES MOJARDIN, RAQUEL SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto," Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, Fermin Rivera and others in payment for the cocaine.

5)    Mona Hiiaca Huihui, KARLA KAHAU, and Adrian Barahona, aka "Cuevas," aka "Covachas," traveled from Hawaii to the West Coast of the United States and Mexico for the purpose of

4

obtaining cocaine and crystal methamphetamine for distribution in Hawaii.

6)    Brian Joshua Jones, aka "El Tigre," and Eduardo Velasco, aka "Carlos Perez-Garcia," traveled from the West Coast of the United States to Hawaii to supply the Ruiz-Mora organization with cocaine and crystal methamphetamine - "ice."

7)    Co-conspirators Marcia Solano and Miriam Espinosa traveled from the West Coast of the United States to Hawaii for the purpose of delivering cocaine to Hawaii and carrying U.S. currency back to the West Coast of the United States.

8)    In this way, JORGE CASAS, aka "Jorge Cano," aka "George," Leah Cardenas, JESUS MARTIN REYES MOJARDIN, RAQUEL SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto," Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Fermin Pena, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," and Fermin Rivera during the existence of the conspiracy, supplied and attempted to supply the Ruiz-Mora drug distribution organization with kilogram quantities of cocaine, and pound quantities of crystal methamphetamine - "ice," for distribution in Hawaii.

9)    Once cocaine and crystal methamphetamine - "ice," supplied by JORGE CASAS, aka "Jorge Cano," aka "George," Leah Cardenas, Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Rivera and Fermin Pena, arrived in Hawaii, various members of the Ruiz-Mora drug distribution organization repackaged the quantities of cocaine and crystal methamphetamine - "ice" into

5

smaller quantities for distribution and distributed quantities of
that cocaine and crystal methamphetamine - "ice" in Hawaii to
purchasers, usually in ounce and gram quantities.

10) Felipe Ruiz-Castro and Francisco Mora-Garcia used
La Fogata Mexican Restaurant in Lahaina to store cocaine crystal
methamphetamine - "ice," and marijuana.

11) The conspirators distributed cocaine, heroin,
crystal methamphetamine - "ice;" and marijuana on Maui, Oahu,
Kauai and the Island of Hawaii for cash.

12) The conspirators concealed the income and assets
derived from the sale of controlled substances through the use of
wire transfers of U.S. currency.

13) The conspirators used long distance telephone
calls, telephone pagers and cellular telephones to arrange for
the distribution of cocaine, heroin, crystal methamphetamine -
"ice," and marijuana.

<u>Overt Acts</u>

In furtherance of and in order to accomplish the
objects of this conspiracy, the defendants and their co-
conspirators performed overt acts in the District of Hawaii and
elsewhere, including but not limited to the following:

1. On or about May 19, 1999, Manuel Javier
Rodrigues-Martinez, aka "Javier," distributed a quantity of
heroin in Lahaina, Maui for $2,800.

2.    On or about August 30, 1999, Felipe Ruiz-Castro distributed a quantity of cocaine in Lahaina, Maui for $1,000.

3.    On or about November 30, 1999, Felipe Ruiz-Castro distributed a quantity of cocaine in Lahaina, Maui for $3,000.

4.    On or about December 10, 1999, Francisco Servin-Soto, aka "Pancho," telephoned Marcia Solano and discussed a trip to Hawaii.

5.    On or about December 13, 1999, Francisco Servin-Soto, aka "Pancho," telephoned Basilia Salamanca and discussed the transportation of a quantity of cocaine from California to Hawaii by two women couriers.

6.    On or about December 14, 1999, Francisco Servin-Soto, aka "Pancho," made a long distance telephone call from Pomona, California to Felipe Ruiz-Castro in Lahaina, Maui, Hawaii and discussed the purchase of airline tickets.

7.    On or about December 14, 1999, Jessica Guzman-Soto called Marcia Solano and discussed carrying a quantity of cocaine from California to Hawaii.

8.    On or about December 15, 1999, Fransciso Servin-Soto, aka "Pancho," drove Marcia Solano and Miriam Espinosa to Los Angeles International Airport.

9.    On or about December 15, 1999, Marcia Solano and Miriam Espinosa transported approximately two pounds of cocaine on board a United Airlines flight to Kahului, Maui.

10.  On or about December 16, 1999, BASILIA
SALAMANCA telephoned Francisco Servin-Soto, aka "Pancho," and
discussed the arrest of Marcia Solano and Miriam Espinosa by the
police on Maui, Hawaii.

11.  On or about December 22, 1999, Felipe Ruiz-
Castro telephoned Francisco Servin-Soto, aka "Pancho," and
discussed the arrest of Marcia Solano by the police in Maui,
Hawaii.

12.  On or about December 27, 1999, RAQUEL SALAZAR
SALAZAR, aka "Don Alberto," aka "Don Roberto," telephoned
Francisco Servin-Soto, aka "Pancho," and discussed the arrest of
Marcia Solano and Miriam Espinosa in Hawaii and the payment of
monies owed for the cocaine provided to Francisco Servin-Soto and
transported to Maui, Hawaii by Marcia Solano and Miriam Espinosa.

13.  On or about December 29, 1999, defendant
RAQUEL SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto,"
telephoned Francisco Servin-Soto, aka "Pancho," and discussed
taking precautions to avoid apprehension by the police.

14.  On or about January 9, 2000, defendant RAQUEL
SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto," telephoned
Francisco Servin-Soto, aka "Pancho," and discussed the payment of
monies owed for the cocaine transported to Maui, Hawaii by Solano
and Espinosa.

15.  On or about January 13, 2000, defendant JESUS
MARTIN REYES MOJARDIN telephoned Francisco Servin-Soto, aka
"Pancho," and discussed the payment of monies owed by Francisco

Servin-Soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

16.  On or about January 18, 2000, defendant JESUS MARTIN REYES MOJARDIN telephoned Jessica Guzman-Soto and discussed the payment of monies owed by Francisco Servin-Soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

17.  On or about January 19, 2000, defendant JESUS MARTIN REYES MOJARDIN telephoned Jessica Guzman-Soto and discussed the payment of monies owed by Francisco Servin-Soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

18.  On or about January 25, 2000, defendant JESUS MARTIN REYES MOJARDIN telephoned Jessica Guzman-Soto and discussed the payment of monies owed by Francisco Servin-Soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

19.  On or about January 25, 2000, Francisco Servin-Soto, aka "Pancho," telephoned Jessica Guzman-Soto and discussed the payment of monies to defendant JESUS MARTIN REYES MOJARDIN for the cocaine transported to Maui, Hawaii.

20.  On or about February 9, 2000, Armando Montano Rodriguez, aka "Camote," aka "Teco," arranged a wire transfer of $2,000 to Mexico.

21.  On or about February 10, 2000, defendant JORGE CASAS, aka "Jorge Cano," aka "George," telephoned Felipe

Ruiz-Castro and discussed the transfer of a sum of money from Hawaii to California.

22. On or about February 10, 2000, Felipe Ruiz-Castro instructed Sabino Albarran, aka "Pelon," to tell Adrian Barahona, aka "Cuevas," aka "Covachas," to prepare to travel to California.

23. On or about February 10, 2000, Adrian Barahona, aka "Cuevas," aka "Covachas," traveled to California carrying a large quantity of cash.

24. On or about February 11, 2000, Felipe Ruiz-Castro telephoned defendant JORGE CASAS, aka "Jorge Cano," aka "George," and discussed the transport of a sum of money to California by an associate.

25. On or about February 11, 2000, Felipe Ruiz-Castro telephoned Thomas Marino, Sr. and discussed the sale of a quantity of drugs.

26. On or about February 11, 2000, Felipe Ruiz-Castro telephoned Ana Marino and discussed the sale of a quantity of drugs.

27. On or about February 11, 2000, Francisco Mora-Garcia telephoned Felipe Ruiz-Castro and discussed the transfer of a sum of money to California.

28. On or about February 14, 2000, Brian Joshua Jones, aka "El Tigre," traveled to Maui.

29.   On or about February 15, 2000, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," called Felipe Ruiz-Castro on the telephone.

30.   On or about February 24, 2000, Armando Montano Rodriguez, aka "Camote," aka "Teco," called Felipe Ruiz-Castro on the telephone.

31.   On or about February 24, 2000, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," called Felipe Ruiz-Castro on the telephone.

32.   On or about February 24, 2000, Sabino Albarran, aka "Pelon," distributed approximately eight ounces of cocaine.

33.   On or about February 28, 2000, Pedro Jiminez and Fernando Rios transported approximately one ounce of crystal methamphetamine - "ice," and $25,000 in U.S. currency to Phoenix, Arizona.

34.   On or about February 29, 2000, Adrian Barahona, aka "Cuevas," aka "Covachas," transported approximately 50 grams of crystal methamphetamine - "ice," to Kona, Hawaii from Maui.

35.   On or about March 1, 2000, defendant MIGUEL GAYTAN PEREZ, aka "Pato" spoke on the telephone with Felipe Ruiz-Castro.

36.   On or about March 22, 2000, Mona Hiiaca Huihui and defendant KARLA KAHAU traveled to Las Vegas, Nevada to obtain a quantity of crystal methamphetamine - "ice."

11

37.    On or about March 30, 2000, Mona Hiiaca Huihui and defendant KARLA KAHAU carried approximately two pounds of crystal methamphetamine - "ice," through the Las Vegas, Nevada airport.

38.    On or about April 1, 2000, defendant MIGUEL GAYTAN PEREZ, aka "Pato" spoke on the telephone with Felipe Ruiz-Castro.

39.    On or about April 16, 2000, Brian Joshua Jones, aka "El Tigre," transported approximately six kilograms of cocaine from California to Honolulu, Hawaii.

40.    On or about April 27, 2000, Eduardo Velasco, aka "Carlos Perez-Garcia," transported approximately 140 grams of crystal methamphetamine - "ice," from California to Kahului, Maui.

41.    On or about May 4, 2000, JESUS MARTIN REYES MOJARDIN stored a quantity of cocaine and a quantity of U.S. currency in his residence in Long Beach, California.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

On or about December 17, 1999, in the District of Hawaii and elsewhere, the defendant JESUS MARTIN REYES MOJARDIN, RAQUEL SALAZAR SALAZAR, aka "Don Alberto," aka "Don Roberto," BASILIA SALAMANCA, Felipe Ruiz-Castro, Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, together with Marcia Solano and

Miriam Espinosa, not defendants herein, did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of cocaine, in excess of 500 grams, that is, approximately one (1) kilogram of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 3

The Grand Jury further charges that:

On or about February 10, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 4

The Grand Jury further charges that:

On or about February 16, 2000, in the District of Hawaii, defendant JORGE CASAS, aka "Jorge Cano," aka "George," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of

13

cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 5

The Grand Jury further charges that:

On or about March 1, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant MIGUEL GAYTAN PEREZ, aka "Pato," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 6

The Grand Jury further charges that:

On or about March 7, 2000, in the District of Hawaii, Mona Hiiaca Huihui, defendant MIGUEL GAYTAN PEREZ, aka "Pato," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

14

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 7

The Grand Jury further charges that:

On or about March 21, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro, defendant JORGE CASAS, aka "Jorge Cano," aka "George," and Leah Cardenas, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 8

The Grand Jury further charges that:

On or about March 22, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

15

## COUNT 9

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, defendant SABINO ALBARRAN, aka "Pelon," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 10

The Grand Jury further charges:

On or about March 28, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United State Code, Section 843(b).

COUNT 11

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii and elsewhere, defendants JORGE CASAS, aka "Jorge Cano," aka "George," KARLA KAHAU, MIGUEL GAYTAN PEREZ, aka "Pato," and Felipe Ruiz-Castro, Mona Hiiaca Huihui and Leah Cardenas, did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, that is, approximately 1000 grams of crystal methamphetamine - "ice," a Schedule II controlled substance.  The defendants knowing and intending that the quantity of crystal methamphetamine - "ice," would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT 12

The Grand Jury further charges that:

On or about April 1, 2000, in the District of Hawaii, the defendant MIGUEL GAYTAN PEREZ, aka "Pato," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

17

COUNT 13

The Grand Jury further charges that:

On or about April 13, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 14

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii and elsewhere, defendant JORGE CASAS, aka "Jorge Cano," aka "George," and Leah Cardenas, Felipe Ruiz-Castro, and Brian Joshua Jones, aka "El Tigre," did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of cocaine, in excess of 5000 grams, that is, approximately six (6) kilograms of cocaine, a Schedule II controlled substance.  The defendant knew and intended the cocaine would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

18

<u>COUNT 15</u>

The Grand Jury further charges that:

On or about April 17, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 16</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 17

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 18

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii and elsewhere, Enrique Reyes, aka "Toribio," and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 19

The Grand Jury further charges that:

On or about April 21, 2000, in the District of Hawaii, defendant JORGE CASAS, aka "Jorge Cano," aka "George," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 20

The Grand Jury further charges that:

On or about May 1, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro and defendant JORGE CASAS, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

DATED: _6/6/01_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

for  _____
LORETTA SHEEHAN
Assistant U.S. Attorney

United States v. Jorge Casas, et al.
Second Superseding Indictment
Cr. No. 00-00184 HG

22