ORIGINAL

474203

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

UNITED STATES OF AMERICA

V.

KARLA KAHAU

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 00-00184-09 HG

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST KARLA KAHAU and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to Show Cause Why Supervision Should Not be Revoked

RECEIVED
2006 JAN 10 PM 1:42
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | 01-09-06 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Helen Gillmor, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
235 Kaulele Honolulu, HI

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10 Jan 2006 | Nolan Sasaki | [signature] |
| Date of Arrest | Sr. Inspector | |
| 17 Apr 2006 | | |