# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 24, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (09) KARLA KAHAU |
| ATTYS FOR PLA: | Thomas C. Muehleck |
| ATTYS FOR DEFT: | Rustam A. Barbee |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 24, 2006 | TIME: | 4:35 - 5:25 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO (09) KARLA KEHAU -

   The defendant is present in custody.

   The Court is in possession of a Letter to the Court from the Defendant, dated April 17, 2006 and received April 21, 2006 re: jurisdiction of the court.  At the request of Mr. Barbee, the letter will not be filed, however copies will be sent to the attorneys.

   The defendant admitted to Violations 1, 2 and 3.

   The Court finds that this is a Grade C violation, Criminal History Category I.

   The defendant admitted to Violations 1, 2 and 3.

   The Court finds that this is a Grade C violation, Criminal History Category I.

   Allocution by the defendant.

   Supervised release is revoked.

ADJUDGED: Impr of 7 mos.

No supervised release imposed.

RECOMMENDATIONS: That the defendant be confined separately from Casey J. Kealoha, Cr. 02-00543DAE. That the defendant serve her sentence of imprisonment in a mainland institution.

Advised of rights to appeal the sentence.

Submitted by: David H. Hisashima, Courtroom Manager