April 17, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at 5 o'clock and 39 min. P M
SUE BEITIA, CLERK

United States
Honorable Judge Gilmore            CR 00-184

Karla Kaleialohanalani Kahau, Kingdom Heir of the Hawaiian Kingdom Government
416 Hiilani Street
Honolulu, Island of Oahu

Aloha Honorable Judge Gilmore,

My name is Her Highness, Karla Kaleialohanalani Kahau, great, great, great, great **blood** granddaughter of King Kaumualii of Kauai of the Hawaiian Kingdom. I am an Heir of the lawful Hawaiian Kingdom, recognized by your **Executive**, **Legislative** and **Judicial** branches of government, which is included in this letter I am submitting.

**I am not a corporate entity, person or any non-breathing entity.** I deny any and all accusations, testimony, written and signed documents stating that I am a dead, breathless entity, called a "corporation." There was no full disclosure; therefore, there is no "bonafide signature." This court or any corporate entity of the State of Hawaii, Inc. and United States, Inc. have no permission from me to alter my identity, **a real live blood breathing human to a** CORPORATE dead, non-breathing entity.

As recent as December 19, 2005, the **Executive Branch** namely, the Secretary of State for the State of Hawaii (www.hawaii.gov/ltgov/office/apostilles) recognized the continued existence of the Hawaiian Kingdom Government and myself as a Kingdom Heir. The Honorable Lieutenant Governor (James R. Aiona) serves as Secretary of State for the State of Hawaii. As Secretary of State, the Lieutenant Governor is responsible for providing **authentication** ( "In the law of evidence, the act or mode of giving authority or legal authenticity to a statute, record, or other written instrument, or a certified copy thereof, so as to render it legally admissible in evidence. Verifications of judgments. An attestation made by a proper officer by which he certifies that a record is in due form of law, and that the person who certifies it is the officer appointed so to do. Acts done with a view of causing an instrument to be known and identified." "**Authentication of a writing means (a) the introduction of evidence sufficient to sustain a finding that it is the writing that the proponent of the evidence claims it is or (b) the establishment of such facts by any other means provided by law." "The requirement of authentication as a condition precedent to admissibility of evidence is satisfied by evidence sufficient to support a finding that the matter in question is what its proponent claims. (Black's Law Dictionary – 5**th** Edition) services for all documents that are used overseas.** I have his signature and his seal on a document called an **"apostille."** The apostille was created, recognized and executed on behalf of the 1961 Hague Treaty, which abolished the requirement of legalization of foreign public documents. The convention provides for the simplified certification of public documents to be used in countries that have joined the convention, by use of a special form called an **apostille.**

RECEIVED
CLERK U.S. DISTRICT COURT

APR 2.1 2006

DISTRICT OF HAWAII

The **"apostille"** is an international document approved by global nations around the world complying with the terms of the **treaty,** via the **Hague Convention.**

The **"apostille"** is also an international contract between the Secretary of State, James R. Aiona and myself, His Excellency, Bret Maverick Kauakahi Oleole. It meets all the elements of a contract; mutual agreement between the two parties, notarized signatures, consideration, free act, will and deed, voluntary act, competency and full disclosure. As the Secretary of State, he has recognized me as a foreign entity (Kingdom Heir) under a foreign government (Hawaiian Kingdom); therefore, I am under the **"jurisdiction"** of the Hawaiian Kingdom Government and not the State of Hawaii, Inc. I cannot and will not commit treason against the Hawaiian Kingdom Government.

**Effective October 15, 1981, the United States recognized the Hague Treaty.** The determination of whether an **apostille** or **certification** is issued depends upon which country the documents are bound for. If that country recognizes the Hague Treaty, then an apostille will be issued. If the country does not recognize the Hague Treaty, a certification will be issued.

When an Apostille is issued, the Secretary of State must authenticate the notary public's signature. When a certification is issued, the Court Clerk must verify the notary public's signature and commission before the Secretary of State can issue a certification. All documents must be notarized by a notary public.

With this certification by the Hague Convention Apostille, **the document is entitled to recognition in the country of intended use**, and no certification by the Authentications Office or legalization by the embassy or consulate of the foreign country where the document is to be used is required. The Authentications Office only certify to documents from other federal agencies **and officials from foreign governments with the Apostille.**

The ***Legislative Branch*** (Congress) collectively recognized the Hawaiian Kingdom Government by way of two **Resolutions** passed by the **House of Representatives** and the **Senate.**

***Congressional records: containing the Proceedings and Debates 53rd Congress, 2nd Session, Volume 26***

***U. S. Congress Assembled - House of Representatives Resolution
In the House of Representatives, February 7, 1894:***

**Resolved First.** That it is the sense of this House that the action of the United States minister in employing United States naval forces and legally aiding in overthrowing the constitutional government of the Hawaiian islands in January, 1893, and in setting up in its place a Provisional Government not republican in form and in opposition to the will of a majority of the people, was contrary to the traditions of our republic and the spirit of our Constitution, and should be and is condemned."

**Second.** That we heartily approve the principle announced by the President of the United States that interference with the domestic affairs of an independent nation is contrary to the spirit of American institutions. And it is further the sense of the House that the annexation of the Hawaiian Islands to our country, or the assumption of a protectorate over them by our Government, is uncalled for and inexpedient; that the people of that country should have had absolute freedom and independence in pursuing their own line of policy, and that foreign intervention in the political affairs of the islands will not be regarded with indifference by the Government of the United States.

*Congressional records: containing the Proceedings and Debates 53rd Congress, 2nd Session, Volume 26*

*U. S. Congress Assembled - Senate Resolution*
*In the Senate of the United States, May 31, 1894:*

**Resolved**. That of right-it-belongs wholly to the Hawaiian Islands to establish and maintain their own form of Government and domestic policy; that the United States ought in no wise to interfere therewith, and that any intervention in the political affairs of these islands by any other Government will be regarded as an act unfriendly to the United States.

Confirming the Senate resolution was a **"Communiqué from United States Secretary of State, Walter Q. Gresham to United States Minister Albert S. Willis, stipulating a Resolution passed by the United States Congress assembled."**

**DEPARTMENT OF STATE,**
*Washinton, June 2, 1894*

*SIR: I enclose herewith for your information copy of a __resolution__ which passed the Senate May 31st, 1894, declaring that of right it belongs wholly to the people of the Hawaiian Islands to establish and maintain their own form of government and domestic polity; that the United States should in no wise interfere therewith and that any interference in the political affairs of the Islands by any other government will be regarded as an act unfriendly to the United States.*

*This declaration that the people of the Islands have the right to establish and maintain such institutions as they think best adapted to their wants is entirely satisfactory to the President.*

*I am Sir, your obedient servant,*

*W.Q.Gresham*

*Enclosure: Copy of resolution referred to.*

*Secretary of State, Walter Q. Gresham, recognized the Hawaiian Kingdom Government on June 2, 1894 when the Senate passed the resolution, declaring that of right it belongs wholly to the people of the Hawaiian Islands to establish and maintain their own form of government and domestic polity; that the United States in no wise interfere therewith...

*Secretary of State, James R. Aiona, confirmed his predecessor, Secretary of State, Walter Q. Gresham, on December 27, 2005, when he signed the apostille.

Lastly, we have the ***Judicial Branch***, who has recognized me (as a Kingdom Heir of the Hawaiian Kingdom Government) by way of an "officer of the court", **the notary public**, who identified and verified every itemized document on the acknowledgment page (attached to the Apostille), including my identity as the person who affixed his signature to this notarized document. The Court Clerk of the First Circuit Court verified the notary public's signature and commission by way of their seal affixed to its certification also attached to the Apostille.

**I would like to make a motion** to dismiss this case based on lack of jurisdiction over me in **subject matter and persona.** Under the **"separation of powers"**, the judicial branch cannot encroach upon the authority of the **executive branch,** therefore, this court **"lacks jurisdiction"** and this case **must be dismissed, furthermore, I am under the complete jurisdiction of the Hawaiian Kingdom Government**

Your Honorable Judge Gilmore, I have conclusively proven to you that your government has authored each and every document that I have presented to you proving the Hawaiian Kingdom Government existed and still exists as an independent and sovereign nation and continues to be recognized by the United States and the State of Hawaii. The Hawaiian Kingdom **"Seat of Government"** has continued to exist and function. Its present location is at 210 Iolani Avenue, Suite 3, Honolulu, Island of Oahu.

The Hawaiian Kingdom Government has met the 4 international and **Hawaii Intermediate Court of Appeals** proponents as the **"Recognized Attributes of a Sovereign Nature."** Obviously, your Secretary of State had no problem in recognizing the **"Hawaiian Kingdom Government"** by name, on his own official receipt (Office of the Lieutenant Governor) accepting payment for the **apostille, an international contract** between the Secretary of State and myself.

Ultimately this corporate setting has no jurisdiction whatsoever over me, a Kingdom Heir of the Hawaiian Kingdom Government.

I thank-you for your time and patience, Mahalo Ke Akua.

*Her Highness Karla Kaleialohanalani Kahau, Heir to The Hawaiian Kingdomt Government*

4

Hawaii - United States Treaty - 1849



# US TREATY WITH THE HAWAIIAN ISLANDS, DEC. 20, 1849

Treaty signed at Washington December 20, 1849
Senate advice and consent to ratification January 14, 1850
Ratified by the President of the United States February 4, 1850
Ratified by the Hawaiian Islands August 19, 1850
Ratifications exchanged at Honolulu August 24, 1850
Entered into force August 24, 1850

The United States of America and His Majesty the King of the Hawaiian Islands, equally animated with the desire of maintaining the relations of good understanding which have hitherto so happily subsisted between their respective states, and consolidating the commercial intercourse between them, have agreed to enter into negotiations for the conclusion of a Treaty of Friendship, Commerce and Navigation, for which purpose they have appointed plenipotentiaries, that is to say:

The President of the United States of America, John M. Clayton, Secretary of State of the United States; and His Majesty the King of the Hawaiian Islands, James Jackson Jarves, accredited as his Special Commissioner to the Government of the United States; who, after having exchanged their full powers, found in good and due form, have concluded and signed the following articles:

Article I

There shall be perpetual peace and amity between the United States and the King of the Hawaiian Islands, his heirs and his successors.

Article II

There shall be reciprocal liberty of commerce and navigation between the United States of America and the Hawaiian Islands. No duty of customs, or other impost, shall be charged upon any goods, the produce or manufacture of one country, upon importation from such country into the other, other or higher than the duty or cost charged upon goods of the same kind, the produce of manufacture of, or imported from, any other country; and the United States of America and His

Hawaii - United States Treaty - 1849

Majesty the King of the Hawaiian Islands do hereby engage, that the subjects or citizens of any other state shall not enjoy any favor, privilege, or immunity, whatever, in matters of commerce and navigation, which shall not also, at the same time, be extended to the subjects or citizens of the other contracting party, gratuitously, if the concession in favor of that other State shall have been gratuitous, and in return for a compensation, as nearly as possible of proportionate value and effect, to be adjusted by mutual agreement, if the concession shall have been conditional.

## Article III

All articles the produce or manufacture of either country which can legally be imported into either country from the other, in ships of that other country, and thence coming, shall, when so imported, be subject to the same duties, and enjoy the same privileges, whether imported in ships of the one country, or in ships of the other; and in like manner, all goods which can legally be exported or re-exported from either country to the other, in ships of that other country, shall, when so exported or reexported, be subject to the same duties, and be entitled to the same privileges, draw backs, bounties, and allowances, whether exported in ships of the one country, or in ships of the other: and all goods and articles, of whatever description, not being' of the produce of manufacture of the United States, which can be legally imported into the Sandwich Islands shall when so imported in vessels of the United States pay no other or higher duties, imposts, or charges than shall be payable upon the like goods, and articles, when imported in the vessels of the most favored foreign nation other than the nation of which the said goods and articles are the produce or manufacture.

## Article IV

o duties of tonnage, harbor, lighthouses, pilotage, quarantine, or other similar uties, of whatever nature, or under whatever denomination, shall be imposed in ther country upon the vessels of the other, in respect of voyages between the nited States of America and the Hawaiian Islands, if laden, or in respect of any yage, if in ballast, which shall not be equally imposed in the like cases on tional vessels.

## ticle V

ereby declared, that the stipulations of the present treaty are not to be derstood as applying to the navigation and carrying trade between one port and other situated in the state of either contracting party, such navigation and trade ng reserved exclusively to national vessels.

Hawaii - United States Treaty - 1849

## Article VI

Steam vessel of the United States which may be employed by the Government of the said States, in the carrying of their Public Mail across the Pacific Ocean, of from one port in that ocean to another, shall have free access to the ports of the Sandwich Islands, with the privilege of stopping therein to refit, to refresh, to land passengers and their baggage, and for the transaction of any business pertaining to the public Mail service of the United States, and be subject in such ports to no duties of tonnage, harbor, lighthouses, quarantine, or other similar duties of whatever nature of under whatever denomination.

## Article VII

The Whaleships of the United States shall have access to the Port of Hilo, Kealakekua and Hanalei in the Sandwich Islands, for the purposes of refitment and refreshment, as well as to the ports of Honolulu and Lahaina which only are ports of entry for all Merchant vessels, and in all the above named ports, they shall be permitted to trade or barter their supplies or goods, excepting spirituous liquors, to the amount of two hundred dollars ad va lorem for each vessel, without paying any charge for tonnage or harbor dues of any description, or any duties or imposts whatever upon the goods or articles so traded or bartered. They shall also be permitted; with the like exemption from all chargers for tonnage and harbor dues, further to trade or barter, with the same exception as to spiritous licquors, to the additional amount of one thousand dollars ad valorum, for each vessel, paying upon the additional goods and articles so traded and bartered, no other or higher duties, than are payable on like goods and articles, when imported in the vessels and by the citizens or subject of the most favored foreign nation.

They shall so be permitted to pass from port to port of the Sandwich Islands for the purpose of procuring refreshments, but they shall not discharge their seamen or and their passenger in the said Islands, except at Lahaina and Honolulu; and in all the ports named to this article, the whale ships of the United States shall enjoy in respects, whatsoever, all the rights, privileges and immunities which are enjoyed, or shall be granted to, the whale ships of the most favored foreign nation. The privilege of frequenting the three ports of the Sandwich Islands, above named this article, not being ports of entry for merchant vessels, is also guaranteed to the public armed vessels of the United States. But nothing in this article shall be construed as authorizing any vessel of the United States, having on board any ease usually regarded as requiring quarantine, to enter during the continuance such disease on board, any port of the Sandwich Islands, other than Lahaina or Holulu.

Hawaii - United States Treaty - 1849

## Article VIII

The contracting parties engage, in regard to the personal privileges, that the citizens of the United States of America shall enjoy in the dominion of His Majesty the King of the Hawaiian islands, and the subjects of his said Majesty in the United States of America, that they shall have free and undoubted right to travel and to reside in the states of the two high contracting parties, subject to the same precaution a police which are practiced towards the subjects or citizens of the most favored nations. They shall be entitled to occupy dwellings and warships, and to dispose of their personal property of every kind and description, by sale, gift, exchange, will, or in any other way whatever, without the smallest hindrance or obstacle; and their heir or representatives, being subject or citizens of the other contracting party, shall succeed to their personal goods, whether by testament or ab intestato; and may take possession thereof, either by themselves or by others acting for them, and dispose of same by will, paying to the profit of the respective governments, such dues only as the inhabitants of the country wherein said goods are, shall be subject to pain in like cases. And in case of the absence of the heir and representative, such care shall be taken of said goods as would be taken of the goods of a native of the same country in like case, until the lawful owner may take measures for receiving them.

And if a question should aarise among several claimants as to which of them aid goods belong, the same shall be decided finally by the laws and judges of the land wherein the said goods are. Where, on the decease of any person holding real estate within the territories of one party, such real estate would, by the laws of the and, descend on a citizen or subject of the other, were he not disqualified by lienage, such citizen or subject shall be allowed a reasonable time to sell the ame, and to with draw the proceeds without molestation and exempt from all uties of detraction on the part of the government of the respective states. The tizens or subjects of the contracting parties shall not be obligated to pay, under iy pretence whatever, any taxes or impositions other or greater than those which e paid, or may hereafter be paid , by the subjects or citizens of most favored itions, in the respective states of the high contracting parties. They shall be empt from all military service, whether by land or by sea; from forced loans; and m every extraordinary contribution not general and by law established. Their ellings, warehouses, and all premises appertaining thereto, destined for the poses of commerce or residence shall be respected.

arbitrary search of , or visit to, their houses, and no arbitrary examination or ection whatever of the books, papers, or accounts of their trade, shall be made; such measures shall be executed only in conformity with the legal sentence of

Hawaii - United States Treaty - 1849

a competent tribunal; and each of the two contracting parties engage that the citizens or subjects of the other residing in their respective States shall enjoy their property and personal security, in as full and ample manner of their own citizens o subjects, of the subjects or citizens of the most favored nation, but subject alway to the laws and statutes of the two countries restively.

## Article IX

The citizen and subjects of each of the two contracting parties shall be free in the state of the other to manage their own affairs themselves, or to commit those affairs to the management of any persons whom they may appoint as their broker, factor or agent; nor shall the citizens and subjects of the two contracting parties be restrained in their choice of person to act in such capacities, nor shall they be called upon to pay and salary or remuneration to any person whom they shall not choose to employ.

Absolute freedom shall be given in all cases to the buyer and seller to bargain together and to fix the price of any good or merchandise imported into, or to be exported from the state and dominions of the two contracting parties; save and except generally such case wherein the laws and usages of the country may require the intervention of any special agent in the estate and dominion of the contracting parties. But nothing contained in this or any other article of the present Treaty shall be construed to authorize the sale of spirituous liquors to the natives of he Sandwich Islands, further than such sale may be allowed by the Hawaiian laws.

## Article X

ach of the two contracting parties may have, in the ports of the other, consul, vice onsul, and commercial agent, of their own appointment, who shall enjoy the same ivileges and power with those of the most favored nations; but if any such consul all exercise commerce, they shall be subject to the same law and usage to which e private individuals of their nation are subject in the same place. The said onsul, vice consul, and commercial agents are authorized to require the sistance of the local authorities for the search, arrest, detention, and prisonment of the deserters from the ships of war and merchant vessels of their untry. For this purpose, they shall apply to the competent tribunal, judges and cers, and shall in writing demand the said deserters, proving, by the exhibition of registers of the vessel, the rolls of the crews, or by other official document, that h individual formed part of the crew; and this reclamation being thus stantiated, the offender shall not be refused. Such deserters, when arrested ll be placed at the disposal of the said consul, vice consul, or commercial nts, and may be confined in the public prison, at the request and cost of those

Hawaii - United States Treaty - 1849

who all claim them, in order to be detained until the time when they shall be
restored to the vessel to which they belonged, or sent back to their own country by
a vessel of the same nation or any other vessel whatsoever.

The agent, owners or masters of vessels on account of whom the deserters have
been apprehended, upon requisition of the local authorities shall be required to
take or send away such deserters from the state and dominions of the contracting
parties, or give such security for their good conduct as the law may require. But if
not sent back nor reclaimed within six months from the day of their arrest, or if all
the expenses of such imprisonment are not defrayed by the party causing such
arrest and imprisonment, they shall be set at liberty and shall not be again arrested
for the same cause. However, if the deserters should be found to have committed
any crime or offense, their surrender may be delayed until the tribunal before which
their case shall be depending, shall have pronounced its sentence, and such
sentence shall have been carried into effect.

## Article XI

It is agreed that perfect and entire liberty of conscience shall be enjoyed by the
citizens and subjects of both the contracting parties, in the countries of the one of
the other, without their being liable to be disturbed or molested on account of their
religious belief. But nothing contained in this article shall be construed to interfere
with the exclusive right of the Hawaiian Government to regulate for itself the
schools which it may establish or support within its jurisdiction.

## Article XII

If any ships of war or other vessels be wrecked on the coasts of the states or
territories of either of the contracting parties, such ships or vessels, or any parts
thereof, and all furniture and appurtenance belonging thereunto, and all goods and
merchandise which shall be stored with the least possible delay to the proprietors,
upon being claimed by them or their duly authorized factors; and if there are no
such proprietors or factors on the spot, then the said goods and merchandise, or
the proceeds thereof, as well as all the papers found on board such wrecked ships
or vessels, shall be delivered to the American or Hawaiian consul, or vice consul, in
whose district the wreck may have taken place; and such consul, vice consul,
proprietors, or factors, shall pay on the expenses incurred in the preservation of the
property, together with the rate of salvage, and expenses of quarantine which
would have been payable in the like case of a wreck of a national vessel; and the
goods and merchandise saved from the wreck shall not be subject to duties unless
entered for consumption, it being understood that in case of any legal claim upon
such wreck, goods, or merchandise, the same shall be referred for decision of the

Hawaii – United States Treaty – 1849

## Article XIII

The vessels of either of the two contracting parties which may be forced by weather or other cause into one of the ports of the other, shall be exempt from all duties of port or navigation paid for the benefit of the state, if the motives which led to their seeking refuge be real and evident, and if no cargo be discharged or taken on board, save such as may relate to the substinence of the crew, or be necessary for the repair of the vessels, and if they do not stay in port beyond the time necessary, keeping in view the cause which led to their seeking refuge.

## Article XIV

The contracting parties mutually agree to surrender, upon official requisition, to the authority of each, all persons who, being charged with the crimes of murder, piracy, arson, robbery, forgery or the utterance of forged paper, committed within the jurisdiction of either, shall be found within the territories of the other; provided, that this shall only be done upon such evidence or criminality as, according to the laws of the place where the person so charged shall be found, would justify his apprehension and commitment for trial if the crime had there been committed: and the respective judges and other magistrates of the two Governments, shall have authority, upon complaint made under oath, to issue a warrant for the apprehension of the person do charged, that he may be brought before such judge or other magistrates respectively, to the end that the evidence of criminality may be heard and considered; and if, on such hearing, the evidence be deemed sufficient to sustain the charge, it shall be the duty of the examining judge or magistrate to certify the same to the proper executive authority, that a warrant may issued for the surrender of such fugitive. The expense of such apprehension and delivery shall be borne and defrayed by the party who makes the requisition and receives the fugitive.

## Article XV

As soon as Steam or other mail packets under the flag of either of the contracting parties, shall have commenced running between their respective ports of entry, the contracting parties agree to receive at the post offices of those ports all mailable matter, and to forward it as directed, the destination being to dome regular post office of either country, charging thereupon the regular postal rate as established by law in the territories of either party receiving said mailable matter, in addition to the original postage of the office whence the mail as sent. Mails for the United States shall be made up at regular intervals at the Hawaiian Post Office, and

Hawaii - United States Treaty - 1849

dispatched to ports of the United States, the postmasters at which ports shall open the same, and forward the enclosed matter as directed, crediting in the Hawaiian Government with their postages as established by law and stamped upon each manuscript or printed sheet.

All mailable matter destined for the Hawaiian Islands shall be received at the several post office in the United States and forwarded to San Francisco or other ports on the Pacific coast of the United States, whence the post masters shall despatch it by the regular mail packets to Honolulu, the Hawaiian government agreeing on their part to receive and collect for and credit the Post Office Department of the United State with the United States rates charged thereupon. It shall be optional to prepay the postage on letters in either country, but postage on printed sheets and newspapers shall in all cases be prepaid. The respective post office department of the contracting parties shall in their accounts, which are to be justified annually, be credited with all dead letters returned.

## Article XV

The present treaty shall be in force from the date of the exchange of the ratification for the term of ten years, and further, until the and of twelve months after either of the contracting parties all have given notice to the other of its intention to terminate the same, each of the said contracting parties reserving to itself the right of giving such notice at the end of the said term of ten years, or at any subsequent term.

Any citizen or subject of either party infringing the articles of this treaty shall be held responsible for the same and the harmony and good correspondence between the two governments shall not be interrupted thereby, each party engaging in no way to protect the offender or sanction such violation.

## Article XVII

The present treaty hall be ratified by the President of the United States of America, by and with the advice and consent of the Senate of said States, , and by His Majesty the King of the Hawaiian Islands, by and with the advice of his Privy Council of State, and the ratifications shall be exchanged at Honolulu within eighteen months from the date of its signature, or sooner if possible. In witness thereof, the respective plenipotentiaries have signed the same in triplicate, and have thereto affixed their seals. Done at Washington in the English language, the twentieth day of December, in the year one thousand eight hundred and forty nine.

JOHN M. CLAYTON.
JAMES JACKSON JARVES

*Hawaiian Kingdom Government*

**Educational Information:**

Pre-School: _____
Any Certificates: ___yes    ___no

Elementary School: *HoLualoa Elem*
Any Certificates: X yes    ___no

Intermediate School: *STevenson Inter.*
Any Certificates: ___yes    ___no

High School: *Konawaena High School.*
Year Graduated: _____

College: _____
Year Attended: _____
Majored in: _____
Year Graduated: _____

University: _____
Year Attended: _____
Majored in: _____
Year Graduated: _____

Business College: _____
Year Attended: _____
Majored in: _____
Year Graduated: _____

*Hawaiian Kingdom Government*

**Employment Information:**

Please start with your present employer.

1. Name of Employer or Company: _Walmart_
   Address: _Keeaumoku St._
   Telephone Number: (   ) _____
   Position: _____
   Length of Employment: _6 mos_
   _X_ Full-Time ___Part-Time ___Semi-Retired
   Reason for Leaving: _FIRED by way of Probation Officer_

2. Name of Employer or Company: _Webco_
   Address: _Mokuhoa st    (mapunapuna_
   Telephone Number: (   ) _____
   Position: _Warehouse_
   Length of Employment: _____
   _X_ Full-Time ___Part-Time ___Semi-Retired
   Reason for leaving: _moved to & hired by Walmart_

3. Name of Employer or Company: _____
   Address: _____
   Telephone Number: (   ) _____
   Position: _____
   Length of Employment: _____
   ___Full-Time ___Part-Time ___Semi-Retired
   Reason for Leaving: _____

4. Name of Employer or Company: _____
   Address: _____
   Telephone Number: (   ) _____
   Position: _____
   Length of Employment: _____
   ___Full-Time ___Part-Time ___Semi-Retired
   Reason for Leaving: _____

*Hawaiian Kingdom Government*

**Residency Information:**

Please start with your present residence.

1. Address: _416 Hiilani St. Hon. HI 96813_
   Length of Residency: _22 yrs_
   ___Rent  _X_Own
   ___Apartment  ___Condominium  ___Home
   Reason for Leaving: _____

2. Address: _75-209 Aloka Kona Kailua Hawaii 96740_
   Length of Residency: _2 yrs_
   _X_Rent  ___Own
   ___Apartment  ___Condominium  ___Home
   Reason for Leaving: _____

3. Address: _____
   Length of Residency: _____
   ___Rent  ___Own
   ___Apartment  ___Condominium  ___Home
   Reason for Leaving: _____

4. Address: _____
   Length of Residency: _____
   ___Rent  ___Own
   ___Apartment  ___Condominium  ___Home
   Reason for Leaving: _____

5. Address: _____
   Length of Residency: _____
   ___Rent  ___Own
   ___Apartment  ___Condominium  ___Home
   Reason for Leaving: _____

*Hawaiian Kingdom Government*

*I do hereby acknowledge with my signature below, that the information provided is true and correct to the best of my ability and understand if said document has been falsified or altered will result in serious consequences under the Hawaiian Kingdom Laws.*

_____                    08/30/05
Registered Individual                                              Date

FOR GOVERNMENT OFFICIAL USE ONLY

Date Received: 8/30/05

Received By: _____
Title: _____

✓ Approved   ___Denied
If denied, specify: _____

Date Approved: 08/30/05
Approved By: _____
Your Excellency Dayne Kahau, Royal Minister of Foreign Affairs

Date of Final Approval: 08/30/05
Final Approval By: _____
Your Majesty Mahealani, Head of State

*210 Iolani Avenue, Suite 43  Honolulu, HI 96813  Office Fax: (808) 587-2489  Email: iolaniavenue@aol.com*

*Hawaiian Kingdom Government*

**Family Information:  (continue)**

**Mother's Full Name:** Mona Ann    Aloha   Kahau   (Huihui)
First, Middle, Last    (Maiden)

X Biological    ___ Step-Mother    ___ Legal Guardian

Present Address:  416 Hiilani St.
Street Address, Apartment No.

City, State, Zip:  Honolulu, Hawaii  96813

Nationality:  Hawaiian

Ethnicity:  Hawaiian, Chinese, English, Portuguese

Birth Date:  1/22/55        Age: 50

Birth Place:  Honolulu, Oahu

Home Telephone: (808) 551-1744

Business Telephone: (   )

Cellular Telephone: (   )  Same

X Living

Deceased
If deceased, please provide a certified copy of the Certificate of Death.

Employer:  House wife
Position:
Length of Employment:

Please list any special skills, talents, background:

*Hawaiian Kingdom Government*

**Family Information:** **(continue)**

**Father's Full Name:** Dayne Panakoranie Kahau
<u>First, Middle, Last</u>

X Biological ___ Step-Father ___ Legal Guardian

Present Address: 2260 Moreira St.
<u>Street Address, Apartment No.</u>

City, State, Zip: Honolulu, Hawaii 96813

Nationality: Hawaiian

Ethnicity: Hawaiian / Japanese

Birth Date: 12/29/53      Age: 51

Birth Place: Honolulu, Oahu

Home Telephone: 808 538-7609

Business Telephone: 808 587-2489

Cellular Telephone: (   ) _____

X Living

___ Deceased
If deceased, please provide a certified copy of the Certificate of Death.

Employer: Hawaiian Kingdom Government
Position: Royal Minister of Foreign Affairs
Length of Employment: 8 Months

Please list any special skills, talents, background: Martial Arts - Pro Pool Player

4

*Hawaiian Kingdom Government*

**Family Information:**

List all children starting with the eldest. If you are an Adoptive Parent or Legal Guardian, please provide a certified copy of the Adoption or Legal Guardianship Decree along with the children(s) certified Certificate of Live Birth.

| Child's Name: | Birth Date | Age | Biological Parent | Adoptive Parent | Legal Guardian |
|---|---|---|---|---|---|
| 1.  N/A | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |

2

*Hawaiian Kingdom Government*

**Family Information: (continue)**

If you at anytime legally changed your children('s) names, please provide that information below along with a certified copy of the Certificate of Live Birth showing the name change.

| Child's Name Change: | Date Changed |
|---|---|
| 1. — N/A — | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |

3



*Hawaiian Kingdom Government*

## Kingdom Heir Profile

**Personal Information:**

Full Name: _Kahau    Karla    Kaleialohanalani_
LAST, FIRST, MIDDLE

Present Address: _416 Hiilani St._
Street Address, Apartment No.

City/State/Zip: _Honolulu, Hawaii 96813_

Nationality: _Hawaiian_

Ethnicity: _Hawaiian, Japanese, Chinese, English, Portuguese_

Birth Date: _3/13/78_        Age: _27_

Birth Place: _Honolulu, Oahu_

Home Telephone: ( ) _____

Business Telephone: ( ) _____

Cellular Telephone: (X) _551-1760_

Fax: ( ) _____

E-Mail: _____

X Single ___ Married ___ Divorced ___ Widow ___ Widower

Spouse's Full Name: _N/A_
LAST, FIRST, MIDDLE

Present Address: _____
City, State, Zip: _____
Nationality: _____
Ethnicity: _____
Home Telephone: ( ) _____
‾ Living
‾ Deceased        Date Deceased: _____
If deceased, please provide a certified copy of the Certificate of Death.

1



*Hawaiian Kingdom Government*
*"Ua mau ke ea o ka aina I ka pono"*
*(The life of the land is perpetuated in righteousness)*

## Communiqué from United States Secretary of State, Walter Q. Gresham to United States Minister Albert S. Willis, stipulating a Resolution passed by the United States Senate in Congress assembled.

DEPARTMENT OF STATE,
*Washington, June 2, 1894*

*SIR: I enclose herewith for your information copy of a **resolution** which passed the Senate May 31st, 1894, declaring that of right it belongs wholly to the people of Hawaiian Islands to establish and maintain their own form of government and domestic polity; that the United States should in no wise interfere therewith and that any interference in the political affairs of the Islands by any other government will be regarded as an act unfriendly to the United States.*

*This declaration that the people of the Islands have the right to establish and maintain such institutions as they think best adapted to their wants is entirely satisfactory to the President.*

*I am, Sir, your obedient servant,*

W. Q. Gresham

Enclosure: Copy of resolution referred to.



*Hawaiian Kingdom Government*
*"Ua mau ke ea o ka aina I ka pono"*
*(The life of the land is perpetuated in righteousness)*

**CONGRESSIONAL RECORD:** *containing the Proceedings and Debates, 53rd Congress, 2nd Session, Volume 26*

### U.S. Congress Assembled – Senate Resolution

*In the Senate of the United States, May 31, 1894.*

**Resolved.**  That of right-it-belongs wholly to the Hawaiian islands to establish and maintain their own form of Government and domestic policy; that the United States ought in no wise to interfere therewith, and that any intervention in the political affairs of these islands by any other Government will be regarded as an act unfriendly to the United States.



*Hawaiian Kingdom Government*
*"Ua mau ke ea o ka aina I ka pono"*
*(The life of the land is perpetuated in righteousness)*

***CONGRESSIONAL RECORD:** containing the Proceedings and Debates, 53rd Congress, 2nd Session, Volume 26*

### U.S. Congress Assembled – House of Representatives Resolution

*In the U. S. House of Representatives, Feb.7, 1894*

***Resolved* First.**  That it is the sense of this House that the action of the United States minister in employing United States naval forces and legally aiding in overthrowing the constitutional government of the Hawaiian islands in January, 1893, and in setting up in its place a Provisional Government not republican in form and in opposition to the will of a majority of the people, was contrary to the traditions of our republic and the spirit of our Constitution, and should be and is condemned.

**Second.**  That we heartily approve the principle announced by the President of the United States that interference with the domestic affairs of an independent nation is contrary to the spirit of American institutions.  And it is further the sense of this House that the annexation of the Hawaiian Islands to our country, or the assumption of a protectorate over them by our Government, is uncalled for and inexpedient; that the people of that country should have had absolute freedom and independence in pursuing their own line of policy, and that foreign intervention in the political affairs of the islands will not be regarded with indifference by the Government of the United States.



*Hawaiian Kingdom Government*
*"Ua mau ke ea o ka aina I ka pono"*
*(The life of the land is perpetuated in righteousness)*

### *Communiqué from United States Minister, Albert S. Willis to United States Secretary of State Walter Q. Gresham Addressing Queen Liliuokalani's acceptance letter to President Cleveland's request granting full amnesty to the overthrowers*

LEGATION OF THE UNITED STATES.
*Honolulu, Hawaiian Islands, December 20, 1893.*

*SIR: On Monday afternoon at 6:00 p.m., before the report of the Washington Place interview, referred to in my dispatch, No. 15, of December 19, had been written from the stenographic notes, Mr. Carter called at the legation and read to me a note to him, just received from the Queen, in which she unreservedly consented, when restored as the constitutional sovereign, to grant amnesty and assume all obligations of the Provisional Government.*

*On yesterday (Tuesday) morning at 9 o'clock Mr. Carter brought a letter from the Queen, a copy of which I inclose, and an agreement signed by her, binding herself, if restored, to grant full amnesty, a copy of which I inclose.*

*Very respectfully,*

ALBERT S. WILLIS.

INCLOSURES

WASHINGTON PLACE,
*Honolulu, December 18, 1893.*

SIR:  Since I had the interview with you this morning I have given the most careful and conscientious thought as to my duty, and I now of my own free will give my conclusions.

I must not feel vengeful to any of my people. If I am restored by the United States I must forget myself and remember only my dear people and my country. I must forgive and forget the past, permitting no proscription or punishment of any one, but trusting that all will hereafter work together in peace and friendship for the good and for the glory of our beautiful and once happy land.

Asking you to bear to the President and to the Government he represents a message of gratitude from me and from my people, and promising, with God's grace, to prove worthy of the confidence and friendship of your people.

I am, etc.,

LILIUOKALANI.

I, Liliuokalani, in recognition of the high sense of justice which has actuated the President of the United States, and desiring to put aside all findings of personal hatred or revenge and to do what is best for all the people of these Islands, both native and foreign born, do hereby and herein solemnly and pledge myself that, if reinstated as the constitutional sovereign of the Hawaiian islands, that I will immediately proclaim and declare, unconditionally and without reservation, to every person who directly or indirectly participated in the revolution of January 17, 1893, a full pardon and amnesty for their offenses, with restoration of all rights, privileges, and immunities under the constitution and the laws which have been made in pursuance thereof, thereof, and that I will forbid and prevent the adoption of any measures of proscription or punishment for what has been done in the past by those setting up or supporting the Provisional Government.

I further solemnly agree to accept the restoration under the constitution existing at the time of said revolution and that I will abide by and fully execute that constitution with all the guaranties as to person and property therein contained.

I furthermore solemnly pledge myself and my Government, if restored, to assume all the obligations created by the Provisional Government, in the proper course of administration, including all expenditures for military or police services, it being my purpose, if restored, to assume the Government precisely as it existed on the day when it was unlawfully overthrown.

Witness my hand this 18th of December, 1893.

LILIUOKALANI.

Attest:
J. O. CARTER.



*Hawaiian Kingdom Government*
*"Ua mau ke ea o ka aina I ka pono"*
*(The life of the land is perpetuated in righteousness)*

### *Thank-you Letter from Hawaiiian Delegates to President Cleveland*
### *For appointing*
### *His Excellency, James Blount*

WHEREAS, His Excellency, Grover Cleveland, President of the United States of America, has honored the Hawaiian nation by sending to us the Hon. James H. Blount as a Special Commissioner to find out the true wishes of the Hawaiian people as to the proposed annexation of their country to their great friend the United States; therefore,

WE, THE PEOPLEOF THE HAWAIIAN ISLANDS, through the delegates of the branches of the Hawaiian Patriotic League of all the districts throughout the kingdom, in convention assembled, take this mode of submitting our appeal and expression of our unanimous wished to the people of our great and good friend, the Republic of the United States of America, with whom we always entertained the most cordial relations, whom we have learned to look upon as our patrons and most reliable protectors, and whose honor, integrity, and sense of justice and equity we have ever confidently relied for investigation into the grievous wrongs that have been committed against us as a people, against the person of our sovereign, and the independence of our land.

And while we are anxious to promote the closest and most intimate political and commercial relations with the United States, we do not believe that the time has yet come for us to be deprived of our nationality and of our sovereign by annexation to any foreign power.

And therefore we do hereby earnestly and sincerely pray that the great wrongs committed against us may be righted by the restoration of the independent autonomy and constitutional government of our Kingdom under our beloved Queen Liliuokalani, in whom we have the utmost confidence as a conscientious and popular ruler.

DELEGATES ISLANDS OF HAWAII.                    ISLAND OF MOLOKAI.

S. T. Piihonoua.                                                  D. Himeni.
Henry West.                                                       J. P. Kapoehaale.
K. M. Koahou.                                                    Kekoowai.
D. Hoakimaa.                                                      S. K. Kahalehulu.
T. P. Kaaeae.                                                       S. K. Piiapoo.
J. H. Halawale.

S. H. K. Ne.
W. E. N. Kanealii.
C. G. Naope.

ISLAND OF MAUI.
Prendergast.
R. H. Makekau.
J. K. Kealoalii.
D. Kanaha.
John Richardson.
Thomas Clark.
Thos. Benj. Lyons.
John Kaluna.
J. Kamakele.
S. D. Kapers.
S. W. Kaai.

ISLAND OF MOLOKAI.
J. N. Uahinui.
J. K. Kaipeopulani.

Approved:

JOSEPH NAWAHI
*President Patriotic League.*

HONOLULU, *March 2, 1893.*

ISLAND OF OAHU.

F. S. Keike.
C. Keawe.
John Kapamawahe.
Enoch Johnson.
Sam K. Pua.
S. K. Kaupu.
D. W. Keliiokamoku.
S. W. Kailieha.
Benj. Naukana.
Kimo.

ISLAND OF KAUAI
Chas. Kahee.
Geo. W. Mahikoa.
J. A. Akina.
D. N. Kamaliikane.
Sam P. Kaleikini
J. Molokui.



*Hawaiian Kingdom Government*
*"Ua mau ke ea o ka aina I ka pono"*
*(The life of the land is perpetuated in righteousness)*

### Queen Liliuokalani's Protest Letter

*I, LILIUOKALANI, by the Grace of God, and under the Constitution of the Hawaiian Kingdom, Queen, do hereby solemnly protest against any and all acts done against myself and the constitutional Government of the Hawaiian Kingdom by certain persons claiming to have established a Provisional Government of and for this Kingdom.*

*That I yield to the superior force of the United States of America whose Minister Plenipotentiary, His Excellency John L. Stevens, has caused United States troops to be landed at Honolulu and declared that he would support the said Provisional Government.*

*Now to avoid any collision of armed forces, and perhaps the loss of life, I do this under protest, and impelled by said force yield my authority until such time as the Government of the United States shall, upon facts being presented to it, undo the action of its representative and reinstate me in the authority which I claim as the constitutional sovereign of the Hawaiian Islands.*

*Done at Honolulu this 17ᵗʰ day of January A.D. 1893*

LILIUOKALANI,

SAMUEL PARKER,
         *Minister of Foreign Affairs.*
WM. H. CORNWELL,
         *Minister of Finance.*
JNO. F. COLBURN,
         *Minister of the Interior.*
A. P. PETERSON,
         *Attorney General.*

*The documents herein are executed this 15th day of December, 2005. The following documents are included in this apostille:*

*1-Liliuokalani's Protest Letter*
*2-Letter to President Grover Cleveland for appointing James Blount*
*3-Liliuokalani's Acceptance Letter to U. S. Minister John L. Stevens*
*4-U.S-House of Representatives Resolved, Feb. 7, 1894*
*5-U.S.-Senate Resolution Resolved, May 31, 1894*
*6-U.S. Secretary of State, Walter Q. Gresham to U. S. Minister, Albert S. Willis stipulating a resolution passed by the U.S. Senate in Congress assembled (June 2, 1894)*
*7-Copies of Hawaiian Kingdom I.D. Pictures*
*8-Kingdom Heir Profile*
*9-Treaty of 1849 between Hawaiian Kingdom and United States of America*

*Karla K. Kahau*

## Acknowledgement

State of Hawaii            )
                           )   ss.
City & County of Honolulu  )

On _December 19, 2005_ before me, _Karla K Kahau_ ,
Personally appeared _Karla K Kahau_ , personally proved to me
the person whose name is subscribed to the within instrument and acknowledged to me
That he/she executed the same in his/her authorized capacity and that by his/her
signature on the instrument the person of the entity upon behalf of which the person
acted, executed the instrument

**SEAL**

WITNESS my hand and official seal: _December 19, 2005_

My commission expires: _6/18/08_

Signature of Notary Public: _Debra Y. H. Tanguman_
State of Hawaii
Debra Y. H. Tanguman

STATE OF HAWAI'I
CITY AND COUNTY OF HONOLULU } SS.

I, _Lori Okita_, Clerk of the Circuit Court
of the First Circuit, State of Hawai'i, the same being a court of record and having a seal, do hereby certify
that _Debra Y. H. Tangonan_
before whom the foregoing acknowledgment was taken, was at the time of taking the same, A
NOTARY PUBLIC duly commissioned and sworn for the First Judicial Circuit of the State of Hawai'i
and duly authorized by the laws of said State and certify acknowledgments or proofs of deeds of
land, etc. in said State in the manner aforesaid; that I am well acquainted with the handwriting of said

_Debra Y. H. Tangonan_

and verily believe that the signature to said certificate of acknowledgment is genuine. And further,
that said acknowledgment was taken in accordance with the laws of the State of Hawai'i, that I have
compared the impression of the seal affixed thereto with a specimen impression thereof deposited in
my office and that I believe the impression of the seal upon the original certificate is genuine.

IN TESTIMONY whereof I have hereunto set my hand and affixed the seal of said court at
Honolulu, Hawai'i, aforesaid this _19th_ day of _December_ 20 _05_

_____
Clerk
Circuit Court of the First Circuit
State of Hawai'i

**STATE OF HAWAII**
## Office of the Lieutenant Governor

No. 3015

Honolulu, Hawaii .......... 12/20 .......... 20 05

Received from *Hawaiian Kingdom Government*

For *Apostille*

| No. | M.O. / Check # _____ Cash _____ | Realization | Postage |
|---|---|---|---|
| | ***SALE OF LAW BOOKS:  0781*** | | |
| | *HAWAII REVISED STATUES* | | |
| | ............. *Session Laws* | | |
| | ............. *Supplement* | | |
| | ............. *Replacement Index to HRS* | | |
| | *Other* ........................................................ | | |
| | ***CHANGE OF NAME:  0783*** | | |
| | ***SALE OF DOCUMENTS:  0784*** | | |
| | _____ *certification / apostille* | 1 — | |
| | _____ *acts* | | |
| | _____ *admin rules / HRS* | | |
| | _____ *photocopying* | | |
| | *Subtotal* | 1 — | |
| | *Total* | 1 | |

..........................................................
For Lt. Governor of Hawaii



**OFFICE OF THE LIEUTENANT GOVERNOR**
State Capitol, Fifth Floor
Honolulu, Hawaii 96813
Phone: (808)586-0255
Fax: (808)586-0231
email: LtGov.hawaii.gov
www.state.hi.us/ltgov

JAMES R. AIONA, JR.
LIEUTENANT GOVERNOR

## APOSTILLE
(Convention de La Hague du 5 octobre 1961)

1. Country:  United States of America

   THIS PUBLIC DOCUMENT

2. has been signed by ___Deborah Y.H.Tangonan___

3. acting in the capacity of NOTARY PUBLIC

4. bears the seal/stamp of ___Deborah Y.H.Tangonan___

NOTARY PUBLIC STATE OF HAWAII

### CERTIFIED

5. at Honolulu, Hawaii       6. the ___19th___ day of ___December___, 2005.

7. by **JAMES R. AIONA, JR., LIEUTENANT GOVERNOR, STATE OF HAWAII**

8. No. 05- ___2469___

9.        Seal/Stamp:        10.    Signature

**JAMES R. AIONA, JR.**
**Lieutenant Governor**

Kalla K. Kahu

Honorable Judge Gilmore
Federal Court House
300 Ala Moana Blvd
Hono lu lu , Hawaii

RECEIVED
CLERK U.S. DISTRICT COURT

APR 2 1 2006

DISTRICT OF HAWAII