# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 24, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 00-00184HG |
| CASE NAME: | U.S.A. vs. (09) KARLA KAHAU |
| ATTYS FOR PLA: | Thomas C. Muehleck |
| ATTYS FOR DEFT: | Rustam A. Barbee |
| U.S.P.O.: | Frank M. Condello, II |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 24, 2006 | TIME: | 4:35 - 5:25 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO (09) KARLA KEHAU -

The defendant is present in custody.

The Court is in possession of a Letter to the Court from the Defendant, dated April 17, 2006 and received April 21, 2006 re: jurisdiction of the court.  Mr. Barbee requested that the letter, which he construes as a Motion to Dismiss, not be filed. However, the Court informed counsel that it will be filed and copies sent to the attorneys. Mr. Barbee withdrew his request (Motion to Dismiss).

The defendant admitted to Violations 1, 2 and 3.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by the defendant.

Supervised release is revoked.

ADJUDGED: Impr of 7 mos.

No supervised release imposed.

RECOMMENDATIONS: That the defendant be confined separately from Casey J. Kealoha, Cr. 02-00543DAE.  That the defendant serve her sentence of imprisonment in a mainland institution.

Advised of rights to appeal the sentence.

Submitted by: David H. Hisashima, Courtroom Manager