**ORIGINAL**

cc: USA
USM
PTS
USPO

# United States District Court
## District of Hawaii

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2006

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**KARLA KAHAU**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:    1:00CR00184-009
USM Number:         87683-022

**Rustam A. Barbee**
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of Standard Conditions Nos. 2 and 3 of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:    **3463**

Defendant's Residence Address:
**Honolulu, HI**

Defendant's Mailing Address:
**Honolulu, HI**

April 24, 2006
Date of Imposition of Sentence

_(signature)_
Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

5·17·06
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 1:00CR00184-009 | Judgment - Page 2 of 3 |
| DEFENDANT: | KARLA KAHAU | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The subject failed to answer truthfully all inquires by the Probation Officer and follow instructions of the Probation Officer. | |
| 2 | The subject failed to report to the Probation Officer on 12/19/2005, 1/3/2006, 1/4/2006, and 1/5/2006. | |
| 3 | The subject failed to submit a truthful and complete written report within the first five days of each month, for the months of October 2005 and November 2005. | |

Case 1:00-cr-00184-HG   Document 692   Filed 05/17/2006   Page 2 of 3

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:   1:00CR00184-009                                Judgment - Page 2 of 3
DEFENDANT:     KARLA KAHAU

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:00CR00184-009 | Judgment - Page 3 of 3 |
| DEFENDANT: KARLA KAHAU | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 7 MONTHS .

[✔] The court makes the following recommendations to the Bureau of Prisons:
That the defendant

That the defendant be confined separately from Casey J. Kealoha, Cr. 02-00543DAE. That the defendant serve her sentence of imprisonment in a mainland institution.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal