IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. 00-00184HG(09) |
|---|---|---|
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| KARLA KAHAU (09), | ) | |
| Defendant. | ) | |

MARK R. ZENGER, Esq., trial attorney for Defendant (09) Karla Kahau, informed the court that he does not desire Defendant Kahau's Exhibits 301, 302, 303 and 304 to be returned to him.

The exhibits have been destroyed.

*David H. Hisashima – 8/22/06*

Submitted by: David H. Hisashima, Courtroom Manager

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

——— DISTRICT OF ———

USA v. Karla Kahau

**EXHIBIT AND WITNESS LIST**

CR. CASE NUMBER: 00-184 HG·BMK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Helen Gillmor | Muehleck/Sheehan | Mark Zenger |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| September 19, 2001 | Stephen Platt | David Hisashima |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 301 | | | 9/19/01 | 9/19/01 | Notice of Intent to Seek Indictment |
| 302 | | | 9/20/01 | 9/20/01 | Diagram of UAL Counter-Maui drawn by DEA Agent Rudy Bareng |
| 303 | | | | 9/20/01 | Karla Kahau's Identification Card |
| | 304 | | | | Notes - Las Vegas Hotel Stationary |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.