IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 00-00184HG |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | WITHDRAWAL OF EXHIBITS |
| vs. | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| (09) KARLA KAHAU, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

I, Susan Cushman of U.S. Attorney's Office, the designated Court custodian of all of the Government's exhibits admitted at the trial on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, on July 10, 2006.

_____
Signature

_____   Attorney for:
Susan Cushman



AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

XXXXX   DISTRICT OF   HAWAII

UNITED STATES OF AMERICA
V.
SALAZAR-SALAZAR AND KAHAU

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR. 00-00184 HG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Helen Gillmor | Thomas Muehleck/Loretta Sheehan | Mary Ann Barnard/Mark Zenger |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| September 11, 2001 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | DEA Got custody | 1a+1b | 9/14 | White powdery substance & clear plastic bag with black tape |
| | | " | 2a+2b | " | White powdery substance with clear plastic bag |
| | | | 3 | 9/12 | Photograph - Marcia Solano (shoes) |
| | | | 4 | " | Photograph - Mirriam Espinosa (drugs) |
| | | | 5 | " | Drivers License - Marcia Solano (telephone numbers) |
| | | | 6 | 9/12 | Photograph - Francisco Servin-Soto |
| | | | 7 | " | NexTel Communications cellular telephone records (909) 322-6826 & (909) 322-6827 |
| | | | 8 | " | Photograph - Raquel Salazar-Salazar and Jesus Matrin Reyes Mojardin |
| | | | 9 | 9/13 | Photograph - Jesus Martin Reyes Mojardin |
| | | | 10 | 9/12 | Tape (12/9/99); telephone call # 87; NC (909) 322-6826; Transcript (12/9/99) |
| | | | 11 | " | Tape (12/10/99); telephone call # 143; NC (909) 322-6826; Transcript (12/10/99) |
| | | | 12 | " | Tape (12/13/99); telephone call #374; NC (909) 322-6826; Transcript (12/13/99) |
| | | | 13 | " | Tape (12/14/99); telephone call # 421; NC (909) 322-6826; Transcript (12/14/99) |
| | | | 14 | " | Tape (12/14/99); telephone call # 156; ND (909) 322-6827; Transcript (12/14/99) |
| | | | 15 | " | Tape (12/15/99); telephone call # 467; NC (909) 322-6826; Transcriot (12/15/99) |
| | | | 16 | " | Tape (12/15/99); telephone call #477; NC (909) 322-6826; Transcript (12/15/99) |
| | | | 17 | " | Tape (12/15/99); telepohone call # 494; NC (909) 322-6826; Transcript (12/15/99) |
| | | | 18 | " | Tape (12/16/99); telephone call # 513; NC (909) 322-6826; transcript (12/16/99) |
| | | | 19 | " | Tape (12/16/99); telephone call # 514; NC (909) 322-6826; Transcript (12/16/99) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST - CONTINUATION**

| UNITED STATES OF AMERICA | vs. | SALAZAR-SALAZAR AND KAHAU | CASE NO. CR. 00-00184 HG |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | 20 | 9/12 | Tape (12/17/99); telephone call # 549; NC (909) 322-6826; Transcript (12/17/99) |
| | | | 21 | " | Tape (1217/99); telephone call # 568; NC (909) 322-6826; Transcript (12/17/99) |
| | | | 22 | 9/12 | Tape (12/27/99); telephone call # 577; ND (909) 322-6827; Transcript (12/27/99) |
| | | | 23 | 9/12 | Tape (12/30/99); telephone call # 907; NC (909) 322-6826; Transcript (12/30/99) |
| | | | 24 | 9/12 | Tape (12/30/99); telephone call # 927; NC (909) 322-6826; Transcript (12/30/99) |
| | | | 25 | " | Tape (1/6/00); telephone call # 813; ND (909) 322-6827; Transcript (1/6/00) |
| | | | 26 | " | Tape (1/9/00); telephone call # 939; ND (909) 322-6827; Transcript (1/9/00) |
| | | | 27 | " | Tape (1/13/00); telephone call # 1116; ND (909) 322-6827; Transcript (1/13/00) |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

UNITED STATES OF AMERICA vs. RAQUEL SALAZAR-SALAZAR & KARLA KAHAU    CASE NO. CR. 00-00184 HG

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | 28 | 9/12 | Tape (1/25/00); telephone call # 1588; ND (909) 322-6827; Transcript (1/25/00) |
| | | | 29 | 9/14 | Photograph - baggie cocaine (1476 Lewis Avenue, Long Beach, CA) |
| | | | 30 | " | Photograph - currency (909 N. Big Dalton St., La Puente) - wallet |
| | | | 31 | " | Photograph - currency (909 N. Big Dalton St., La Puente) - drawer |
| | | | 32 | 9/14 | Photograph - 9 mm Beretta handgun |
| | | DEA | 33 | " | 9mm Beretta handgun (1476 Lewis Avenue, Long Beach, CA) |
| | | | 34 | " | DEA Laboratory report |
| | | | 35 | 9/18 | DEA Laboratory report |
| | | | 36 | " | DEA Laboratory report |
| | | | 37 | 9/14 | Suitcase tag |
| | | | 38 | " | Suitcase |
| | | | 39 | 9/18 | Photograph - crystal methamphetamine package |
| | | DEA | 40 | " | Crystal methamphetamine |
| | | | 41 | 9/13 | Advice of Rights |
| | | DEA | 42A | 9/14 | Cocaine - 1476 Lewis Avenue, Long Beach, CA |
| | | DEA | 42B | " | Packaging - Cocaine 1476 Lewis Avenue, Long Beach, CA |
| | | | 43 | | M. Espinosa plea agreement |
| | | | 44 | | Packet from 909 Big Dalton, La Puente |
| | | | 45 | 9/14 | Dunlop bag |
| | | | 46 | 9/18 | Green flower bag - Green roll bag |
| | | | 47 | " | Notes - Las Vegas Hotel stationary |
| | | | 48 | 9/18 | Karla Kahau's tickets |
| | | | 49 | " | Trial Stipulation Regarding Drug Evidence |

Page 3 of 3 Pages